# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　　Defendants. | Case No. 1:23-cv-14915<br><br>Judge John F. Kness<br><br>Magistrate Judge Jeffrey Cummings |

## PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION

Plaintiff Hexin Holding Limited ("Plaintiff"), by its counsel, seeks entry of a Preliminary Injunction against all defendants identified in Schedule "A" attached to the Complaint. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on February 23, 2024. [Dkt. 19]. This Motion is supported by a Memorandum of Law and a Declaration of Faye Yifei Deng filed concurrently.

Date: March 5, 2024    Respectfully submitted,

/s/ *Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*