# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HEXIN HOLDING LIMITED,<br><br>               Plaintiff,<br>    v.<br><br>THE INDIVIDUALS, BUSINESS ENTITIES, PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No. 1:23-cv-14915<br><br>Judge John F Kness |

## NOTICE OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)

Plaintiff Hexin Holding Limited ("Plaintiff"), pursuant to Fed. R. Civ. P. 41(a)(1), dismisses this action as to the following defendant:

| Defendant Name | Defendant No. |
|---|---|
| GBLEGEND LLC | 49 |

Date: March 11, 2024

Respectfully submitted,

*/s/ Faye Yifei Deng*
Faye Yifei Deng
YK Law LLP
445 S Figueroa Street, Suite 2280
Los Angeles, California 90071
Telephone: (213) 401-0970
Email: fdeng@yklaw.us

*Attorney for Plaintiff Hexin Holding Limited*